## Commonwealth, Appellant, *v.* Moss.

Before STRANAHAN, P. J.

Argued November 15, 1974. *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellant; *Henry J. Russo,* Assistant Public Defender, with him *William J. Rundorff,* First Assistant Public Defender, and *Michael J. Wherry,* Public Defender, for appellee.

Order affirmed.

## Commonwealth *v.* Mowery, Appellant.

Before ACKER, J.

Argued November 15, 1974. *Henry J. Russo,* Assistant Public Defender, with him *William J. Rundorff,* First Assistant Public Defender, and *Michael J. Wherry,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.